IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:09CR396 |
| | ) | |
| STANTON E. DAVIDSON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

THIS MATTER comes before this Court on defendant's Unopposed Motion to Continue Sentencing Hearing, filing 39. The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that sentencing in the above captioned matter shall be continued until the 2nd day of September, 2010, at 1:00 p.m. The defendant is ordered to appear at said time.

Dated July 16, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge