IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )  )   Plaintiff,   )  )  v.   )  )   STANTON E. DAVIDSON,   )  )   Defendant.   ) | Case No. 8:09CR396 |

## ORDER

THIS MATTER comes before this Court on Mr. Davidson's Unopposed Motion to Continue Sentencing Hearing, filing 43. The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that sentencing in the above captioned matter shall be continued until the 26th day of January, 2011, at 1:00 p.m. Mr. Davidson is ordered to appear at said time.

Dated December 2, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge