IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR396 |
| V. | ) | |
| STANTON E. DAVIDSON, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to extend self-surrender date (filing 73) is denied. The defendant's motion to restrict (filing 72) is granted.

DATED this 19th day of August, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge